**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| ERIC LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE WINNEPESAUKAH AMUSEMENTS, INC., LAKE WINNEPESAUKAH, INC., ADRIENNE RHODES, TENNYSON DICKINSON and MYERS DICKINSON,<br><br>Defendants. | ) | CIVIL ACTION NO. 4:20-CV-108-HLM-WEJ<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT FOR LAKE WINNEPESAUKAH, INC.**

COMES NOW Defendant Lake Winnepesaukah, Inc., by and through its counsel of record, and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, hereby discloses the following:

1. Lake Winnepesaukah, Inc. does not have a parent corporation.

2. No publicly-traded corporation owns 10% or more of the stock of Lake Winnepesaukah, Inc.



HB: 4849-3573-4467.1

Dated: July 14, 2020

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/Ariel M. Anthony*
Mark A. Smith (*pro hac vice to be filed*)
Ariel M. Anthony, GA Bar #290132
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
mark.smith@huschblackwell.com
ariel.anthony@huschblackwell.com
(423) 266-5500

**Attorneys for Defendant**
**Lake Winnepesaukah, Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded via the Court's electronic filing system on the 14th day of July, 2020 to the following:

J. Stephen Mixon, Esq.
The Mixon Law Firm
1691 Phoenix Boulevard, Suite 150
Atlanta, GA 30349

*/s/Ariel M. Anthony*
Ariel M. Anthony