**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **ERIC LEWIS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LAKE WINNEPESAUKAH AMUSEMENTS, INC., LAKE WINNEPESAUKAH, INC., ADRIENNE RHODES, TENNYSON DICKINSON, AND MYERS DICKINSON,**<br><br>**Defendants.** | **CIVIL ACTION NO.: 4:20-cv-108-HLM-WEJ**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT LAKE WINNEPESAUKAH AMUSEMENTS, INC.'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Lake Winnepesaukah Amusements, Inc. ("LWAI"), by and through its counsel of record, and pursuant Fed.R.Civ.P. 56 hereby moves this Court to enter an order granting summary judgment in its favor and against all counts and allegations contained in plaintiff's Complaint. In support thereof, LWAI states as follows:

1. LWAI's Statement of Material Undisputed Facts (including all exhibits thereto) is filed contemporaneously herewith and is incorporated herein.

2. LWAI's Memorandum of Law is filed contemporaneously herewith and is incorporated herein.

3. This is an employment matter.

4. All of plaintiff's claims against LWAI have been released pursuant to a prior settlement with plaintiff. SUMF, ¶¶7-9 and exhibits referenced therein.

5. There are no genuine issues of material fact and LWAI is entitled to judgment as a matter of law.

WHEREFORE, Defendant Lake Winnepesaukah Amusements, Inc. respectfully requests that the Court grant summary judgment in its favor and against plaintiff, dismiss all of plaintiff's claims with prejudice and grant such additional relief as the Court may find just and proper under the circumstances.

Dated this 22nd day of July, 2020.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: *\/s/Ariel M. Anthony*

Ariel M. Anthony (GA Bar # 290132)
736 Georgia Ave., Suite 300
Chattanooga, TN 37402
T: 423.755.2653
F: 423.266.5499
Email: ariel.anthony@huschblackwell.com
*Counsel for Defendant Lake Winnepesaukah Amusements, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 22nd day of July, 2020, a true and correct copy of the foregoing document was electronically filed with the Court using the Court's CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/Ariel M. Anthony*

Ariel M. Anthony (GA Bar # 290132)
*Counsel for Defendants*