**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **ERIC LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 4:20-CV-108-HLM-WEJ** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **LAKE WINNEPESAUKAH AMUSEMENTS, INC., LAKE WINNEPESAUKAH, INC., ADRIENNE RHODES, TENNYSON DICKINSON and MYERS DICKINSON,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

---

**DEFENDANT LAKE WINNEPESAUKAH, INC.**
**CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Defendant Lake Winnepesaukah, Inc., by and through its counsel of record, and pursuant to Local Rule 3.3, hereby discloses the following:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Eric Lewis

Defendants: Lake Winnepesaukah Amusements, Inc.
Lake Winnepesaukah, Inc.
Adrienne Rhodes
Tennyson Dickinson



HB: 4834-0668-5383.1

Myers Dickinson

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff: Eric Lewis

Defendants: Lake Winnepesaukah Amusements, Inc.
Lake Winnepesaukah, Inc.
Adrienne Rhodes
Tennyson Dickinson
Myers Dickinson

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorney for Plaintiff:

J. Stephen Mixon, Esq.
THE MIXON LAW FIRM
1691 Phoenix Boulevard, Suite 150
Atlanta, GA 30349
Telephone: (770) 955-0100
Email: steve@mixon-law.com

Attorneys for Lake Winnepesaukah, Inc:

Samantha A. Lunn
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: samantha.lunn@huschblackwell.com

Mark A. Smith (*pro hac vice filed*)
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: mark.smith@huschblackwell.com

Ariel M. Anthony
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: ariel.anthony@huschblackwell.com

Attorneys for Lake Winnepesaukah Amusements, Inc:

Samantha A. Lunn
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: samantha.lunn@huschblackwell.com

Mark A. Smith (*pro hac vice filed*)
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: mark.smith@huschblackwell.com

Ariel M. Anthony
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Email: ariel.anthony@huschblackwell.com

Dated: August 12, 2020

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/Ariel M. Anthony*
Samantha Lunn, GA Bar #303099
Mark A. Smith (*pro hac vice filed*)
Ariel M. Anthony, GA Bar #290132
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
samantha.lunn@huschblackwell.com
mark.smith@huschblackwell.com
ariel.anthony@huschblackwell.com
(423) 266-5500

**Attorneys for Defendant**
**Lake Winnepesaukah, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded via the Court's electronic filing system on the 12th day of August, 2020 to the following:

J. Stephen Mixon, Esq.
The Mixon Law Firm
1691 Phoenix Boulevard, Suite 150
Atlanta, GA 30349
steve@mixon-law.com

*/s/Ariel M. Anthony*
Ariel M. Anthony