**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **ERIC LEWIS,**<br>*Plaintiff*,<br>**v.**<br>**LAKE WINNEPESAUKAH AMUSEMENTS, INC., LAKE WINNEPESAUKAH, INC., ADRIENNE RHODES, TENNYSON DICKINSON, AND MYERS DICKINSON,**<br><br>*Defendants*. | ) | **CIVIL ACTION FILE NO. 4:20–CV-108-HLM-WEJ** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eric Lewis, through his undersigned counsel of record, hereby stipulates that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii) and other applicable law, in the above-styled action is hereby dismissed, with prejudice, against Defendants Lake Winnepesaukah Amusements, Inc., Lake Winnepesaukah, Inc., Adrienne Rhodes, Tennyson Dickinson, and Myers Dickinson with each party to bear their own fees and costs in this matter.

Respectfully submitted this 13th day of July, 2022.

| | |
|---|---|
| */s/ J. Stephen Mixon*<br>J. Stephen Mixon<br>Georgia Bar No.514050<br><br>THE MIXON LAW FIRM, LLC<br>1691 Phoenix Boulevard<br>Suite 150<br>Atlanta, Georgia 30349<br>Phone: (770) 955-0100<br>**COUNSEL FOR PLAINTIFF** | */s/ Samantha Lunn*<br>Samantha Lunn<br>Georgia Bar No. 303099<br><br>HUSCH BLACKWELL LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, Tennessee 37402<br>Phone: (423) 266-5500<br><br>**COUNSEL FOR DEFENDANT** |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **ERIC LEWIS,** *Plaintiff*, **v.** **LAKE WINNEPESAUKAH AMUSEMENTS, INC., LAKE WINNEPESAUKAH, INC., ADRIENNE RHODES, TENNYSON DICKINSON, AND MYERS DICKINSON,** *Defendants*. | ) | **CIVIL ACTION FILE NO. 4:20–CV-108-HLM-WEJ** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this day I electronically filed the above document with the Clerk of court using the CM/ECF system which will automatically send email notification to all attorneys of record:

Respectfully submitted this 13th day of July, 2022.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
1691 Phoenix Blvd. Suite 150
Atlanta, GA 30349
(770)477-6360